1  Emily A. Nugent, Esq., State Bar No. 255048
   EMILY NUGENT LAW
2  935 Moraga Road, #200
   Lafayette, CA 94549
3  Tel.: (510) 371-4456
   E-Mail: emily@emilynugentlaw.com
4  *Pro Hac Vice:*
5  Andrea Fischer, Florida Bar #1000345
   Audrey Schechter, of counsel, Florida Bar #962589
6  FISCHER LEGAL GROUP
   1740 Broadway, Suite 1500
7  New York, New York 10019
   Tel: (212) 577-9231
8  E-mail: afischer@fischerlegalgroup.com
   E-Mail: audreyschechterlaw@gmail.com
9  Attorneys for Plaintiff-Relator JEFFREY MENDELSSOHN
10
   COLLIN D. COOK (SBN 251606)
11 Email: ccook@fisherphillips.com
   VINCENT J. ADAMS (SBN 249696)
12 Email: vadams@fisherphillips.com
   FISHER & PHILLIPS LLP
13 One Embarcadero Center, Suite 2050
   San Francisco, California 94111
14 Telephone: (415) 490-9000
   Facsimile: (415) 490-9001
15
16 Attorneys for Defendants
   PORIFERA, INC., OLGICA BAKAJIN, and JEFF JENSEN
17

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY MENDELSSOHN, and STATE OF CALIFORNIA *ex rel.* JEFFREY MENDELSSOHN,<br><br>PLAINTIFFS/RELATOR,<br><br>- against -<br><br>PORIFERA INC., a Delaware corporation, OLGICA BAKAJIN, a California resident, and JEFF JENSEN, a California resident.<br><br>DEFENDANTS. | Civ. No.4:19-cv-00765-HSG<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS OLGICA BAKAJIN AND JEFF JENSEN AND ORDER** |

Plaintiff Jeffrey Mendelssohn, by and through Plaintiff's Counsel, Fischer Legal Group and Emily Nugent Law, and Defendants, Porifera Inc., Olgica Bakajin and Jeff Jensen, by and through Defendants' Counsel, Fischer & Phillips, LLP, jointly stipulate to the Dismissal of Olgica Bakajin and Jeff Jensen. In support of this Stipulation, the parties state as follows.

1. On February 12, 2019, Plaintiff filed a *Qui Tam* action against the Defendants. Pursuant to federal law, the matter was filed under seal.

2. On November 23, 2020, this Honorable Court lifted the seal, permitting Plaintiff to serve the Complaint on the Defendants.

3. On February 3, 2021, Plaintiff filed its Second Amended Complaint in this matter, and served a copy on the Defendants.

4. On June 16, 2021, Defendants filed their Answers to the Second Amended Complaint.

5. Rule 41(1)(A), Federal Rules of Civil Procedure, provides that once a Defendant has filed an answer or a motion for summary judgment, a Plaintiff may voluntarily dismiss parties or a case upon stipulation from all parties who have made an appearance.

6. In the instant case, the Defendants have filed an Answer and made an appearance.

7. The parties jointly stipulate to the dismissal of Defendants Olgica Bakajin and Jeff Jensen from the above-captioned action.

8. The parties will each bear their own attorney's fees and costs.

WHEREFORE, by Counsel's signatures hereto, the Parties agree that Defendants Olgica Bakajin and Jeff Jensen are hereby dismissed from the above action. The action will proceed against Porifera Inc.

Dated: September 9, 2021        EMILY NUGENT LAW

By: _____
    EMILY NUGENT
    Attorneys for Relator

Dated: September 9, 2021        FISHER & PHILLIPS LLP

By: _____
    COLLIN D. COOK
    VINCENT J. ADAMS
    Attorneys for Defendants PORIFERA, INC., OLGICA BAKAJIN, and JEFF JENSEN

**IT IS SO ORDERED.**

Dated: September 10, 2021       _____
                                HONORABLE JUDGE HAYWOOD S. GILLIAM, JR.