1  COLLIN D. COOK (SBN 251606)
   Email:  ccook@fisherphillips.com
2  VINCENT J. ADAMS (SBN 249696)
   Email:  vadams@fisherphillips.com
3  **FISHER & PHILLIPS LLP**
4  One Embarcadero Center, Suite 2050
   San Francisco, California 94111
5  Telephone:  (415) 490-9000
   Facsimile:   (415) 490-9001
6
7  Attorneys for Defendant
   PORIFERA, INC.
8
   EMILY A. NUGENT (SBN 255048)
9  Email:  emily@emilynugentlaw.com
   **EMILY NUGENT LAW**
10 936 Moraga Road, #200
   Lafayette, California 94549
11 Telephone:  (510) 371-4456
12
   ANDREA FISCHER (Florida Bar 1000345)
13 *Admitted Pro Hac Vice*
   Email:  afischer@fischerlegalgroup.com
14 AUDREY SCHECHTER, of counsel, (Florida Bar 962589)
   Email:  audreyschechterlaw@gmail.com
15 **FISCHER LEGAL GROUP**
16 305 Broadway, Suite 742
   New York, New York 10007
17 Telephone:  (212) 328-0142
18 Attorneys for Plaintiff
   JEFFREY MENDELSSOHN
19

20              UNITED STATES DISTRICT COURT

21        NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| 22  JEFFREY MENDELSSOHN, | Case No.: 4:19-cv-00765-HSG |
| 23           Plaintiff, | |
| 24      vs. | **ORDER MODIFYING CASE SCHEDULE (CIVIL L.R. 6-1(b), CIVIL L.R. 7-12)** |
| 25  PORIFERA, INC., a Delaware corporation, OLGICA BAKAJIN, a California resident, and JEFF JENSEN, a California resident, | |
| 26 | |
| 27 | |
| 28           Defendants. | . |

Based on the papers submitted herein and for the compelling reasons shown, the Court grants the request of Plaintiff JEFFREY MENDELSSOHN and Defendant PORIFERA, INC. to modify the case schedule as set forth in their Joint Stipulation. The following dates are hereby modified as ORDERED:

| Event or Milestone Affecting Case | Current Date | [Proposed] Dates |
|---|---|---|
| **Deadline to Hold ADR Session** [ECF No. 45] | November 30, 2021 | December 15, 2021 |
| **Close of Fact Discovery** [ECF No. 43] | December 17, 2021 | January 14, 2022 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/27/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA