COLLIN D. COOK (SBN 251606)
Email:  ccook@fisherphillips.com
VINCENT J. ADAMS (SBN 249696)
Email:  vadams@fisherphillips.com
**FISHER & PHILLIPS LLP**
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

Attorneys for Defendant
PORIFERA, INC.

EMILY A. NUGENT (SBN 255048)
Email:  emily@emilynugentlaw.com
**EMILY NUGENT LAW**
936 Moraga Road, #200
Lafayette, California 94549
Telephone:  (510) 371-4456

ANDREA FISCHER (Florida Bar 1000345)
*Admitted Pro Hac Vice*
Email:  afischer@fischerlegalgroup.com
AUDREY SCHECHTER, of counsel, (Florida Bar 962589)
Email:  audreyschechterlaw@gmail.com
**FISCHER LEGAL GROUP**
305 Broadway, Suite 742
New York, New York 10007
Telephone:  (212) 328-0142

Attorneys for Plaintiff
JEFFREY MENDELSSOHN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| JEFFREY MENDELSSOHN,<br><br>Plaintiff,<br><br>vs.<br><br>PORIFERA, INC., a Delaware corporation, OLGICA BAKAJIN, a California resident, and JEFF JENSEN, a California resident,<br><br>Defendants. | Case No.: 4:19-cv-00765-HSG<br><br>**ORDER MODIFYING CASE SCHEDULE (CIVIL L.R. 6-1(b), CIVIL L.R. 7-12)** |

1    Based on the papers submitted herein and for the compelling reasons shown, the Court

2  grants the request of Plaintiff JEFFREY MENDELSSOHN and Defendant PORIFERA, INC. to

3  modify the case schedule as set forth in their Joint Stipulation.  The following dates are hereby

4  modified as ORDERED:

5

| Event or Milestone Affecting Case | Current Date | [Proposed] Dates |
|---|---|---|
| Close of Fact Discovery | January 14, 2022 | March 21, 2022 |
| Disclosure of Experts & Reports | January 14, 2022 | March 28, 2022 |
| Disclosure of Rebuttal Experts & Reports | January 28, 2022 | April 27, 2022 |
| Close of Expert Discovery | February 4, 2022 | May 23, 2022 |
| Hearing on Dispositive Motions | March 24, 2022 | June 17, 2022 |
| Pretrial Conference | June 28, 2022 | August 16, 2022 |
| Jury Trial | July 11, 2022 | August 29, 2022 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____1/14/2022_____



HONORABLE HAYWOOD _____ R.
UNITED STATE _____ GE
NORTHERN DI _____

ORDER MODIFYING CASE SCHEDULE (CIVIL L.R. 6-1(b), CIVIL L.R. 7-12)
FP 42849759.1