1  COLLIN D. COOK (SBN 251606)
   Email:  ccook@fisherphillips.com
2  VINCENT J. ADAMS (SBN 249696)
   Email:  vadams@fisherphillips.com
3  **FISHER & PHILLIPS LLP**
4  One Embarcadero Center, Suite 2050
   San Francisco, California 94111
5  Telephone:  (415) 490-9000
   Facsimile:   (415) 490-9001
6
7  Attorneys for Defendant
   PORIFERA, INC.
8
   EMILY A. NUGENT (SBN 255048)
9  Email:  emily@emilynugentlaw.com
   **EMILY NUGENT LAW**
10 936 Moraga Road, #200
   Lafayette, California 94549
11 Telephone:  (510) 371-4456
12
   ANDREA FISCHER (Florida Bar 1000345)
13 *Admitted Pro Hac Vice*
   Email:  afischer@fischerlegalgroup.com
14 AUDREY SCHECHTER, of counsel, (Florida Bar 962589)
   Email:  audreyschechterlaw@gmail.com
15 **FISCHER LEGAL GROUP**
   305 Broadway, Suite 742
16 New York, New York 10007
   Telephone:  (212) 328-0142
17
18 Attorneys for Plaintiff
   JEFFREY MENDELSSOHN
19

20                   UNITED STATES DISTRICT COURT

21        NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

22 JEFFREY MENDELSSOHN,                    Case No.: 4:19-cv-00765-HSG

23          Plaintiff,

24      vs.                                **JOINT STIPULATION TO MODIFY FACT
                                           AND EXPERT DISCOVERY DEADLINES
25 PORIFERA, INC., a Delaware             AND ORDER (CIVIL L.R. 6-1(b), CIVIL
   corporation, OLGICA BAKAJIN, a         L.R. 7-12)**
26 California resident, and JEFF JENSEN, a
   California resident,
27
            Defendants.
28

1    **PURSUANT** to the Parties' Conference with the Court held on January 18, 2022 [ECF

2   #56] and the Court's Order [ECF #58], the Parties have met and conferred and jointly request the

3   Court grant the following extensions to the fact and expert discovery deadlines. The parties have

4   modified the dates outlined in its previous Stipulation to Modify Fact and Expert Discovery

5   Deadlines [ECF #57] to address the Court's concern regarding the close of expert discovery.

6    Modification of the case schedule will allow the Parties time to complete further

7   necessary discovery and allow time to engage in further settlement discussions, if necessary,

8   without affecting the trial date, pre-trial conference date, or deadline for hearing dispositive

9   motions.

10

11

| Event or Milestone Affecting Case | Current Date | [Proposed] Dates |
|---|---|---|
| Close of Fact Discovery | January 14, 2022 | February 11, 2022 |
| Disclosure of Experts & Reports | January 14, 2022 | February 18, 2022 |
| Disclosure of Rebuttal Experts & Reports | January 28, 2022 | March 11, 2022 |
| Close of Expert Discovery | February 4, 2022 | March 24, 2022 |

17    **THEREFORE**, pursuant to Civil Local Rule 6-1(b), the parties hereby stipulate to

18   modify the case schedule as set forth in the chart above. The extension will not alter the date of

19   any other event or deadline already fixed by this Court.

20    **IT IS SO STIPULATED**.

21   Dated:  January 21, 2022                    FISHER & PHILLIPS LLP

22                                           By:    */s/ Vincent J. Adams*

23                                               COLLIN D. COOK
                                                VINCENT J. ADAMS
24                                               Attorneys for Defendant
                                                PORIFERA, INC.
25

26   ///

27   ///

28   ///

JOINT STIPULATION TO MODIFY FACT AND EXPERT DISCOVERY DEADLINES
(CIVIL L.R. 6-1(b), CIVIL L.R. 7-12)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 21, 2022                              EMILY NUGENT LAW

By:    */s/ Emily A. Nugent*
                            EMILY A. NUGENT
                            Attorneys for Plaintiff
                            JEFFREY MENDELSSOHN

## **ECF ATTESTATION**

Pursuant to Local Rule 5-1(i) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the each of the other signatories thereto.

Dated:  January 21, 2022                              */s/ Vincent J. Adams*
                            VINCENT J. ADAMS

CASE NO.: 4:19-CV-00765-HSG
JOINT STIPULATION TO MODIFY FACT AND EXPERT DISCOVERY DEADLINES
(CIVIL L.R. 6-1(b), CIVIL L.R. 7-12)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  1/24/2022

HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 4:19-CV-00765-HSG

JOINT STIPULATION TO MODIFY FACT AND EXPERT DISCOVERY DEADLINES
(CIVIL L.R. 6-1(b), CIVIL L.R. 7-12)